# United States Court of Appeals
## For the First Circuit

No. 07-1528

DAVID PARKER; TONIA PARKER; JOSHUA PARKER; JACOB PARKER; JOSEPH ROBERT WIRTHLIN; ROBIN WIRTHLIN; JOSEPH ROBERT WIRTHLIN, JR.,

Plaintiffs, Appellants,

v.

WILLIAM HURLEY; PAUL B. ASH; HELEN LUTTON; THOMAS R. DIAZ; OLGA GUTTAG; SCOTT BURSON; ANDRE RAVENELLE; JONI JAY; JENNIFER WOLFRUM; HEATHER KRAMER; TOWN OF LEXINGTON; THOMAS GRIFFITH,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on January 31, 2008 is corrected as follows:

On the coversheet replace "John K. Davis with whom Pierce, Davis & Perritano, LLP, was on brief for appellees." with "John J. Davis with whom Pierce, Davis & Perritano, LLP, was on brief for appellees."

On page 3, line 7, replace "asserted" with "assert."

On page 12, last line, remove the tab after "are."

On page 15, line 13, replace "is rational" with "are rational."

On page 30, line 7, replace "Id." with "268 U.S."

On page 41, line 12, add a second closing parenthesis after "1980."

On page 41, line 13, remove the third closing parenthesis after "omitted."